SEDGWICK LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
*stephanie.sheridan@sedgwicklaw.com*
ANTHONY J. ANSCOMBE, State Bar No. 135883
*anthony.anscombe@sedgwicklaw.com*
MEEGAN B. BROOKS, State Bar No. 298570
*meegan.brooks@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
THE TALBOTS, INC.

LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
ZEV B. ZYSMAN, State Bar No. 176805
*zev@zysmanlawca.com*
15760 Ventura Boulevard, 16th Floor
Encino, CA  91436
Telephone: 818-783-8836
Facsimile: 818-783-9985

Attorneys for Plaintiff
LYNETTE FLIEGELMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYNETTE FLIEGELMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TALBOTS, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-4576 DMG (JCx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:         05/22/17<br>Current Pleading Date:  07/28/17<br>New Pleading Date:       08/28/17 |

1  Plaintiff LYNETTE FLIEGELMAN ("Plaintiff") and Defendant THE
2  TALBOTS, INC. ("Talbots" or "Defendant"), by and through their respective
3  counsel, hereby stipulate as follows:
4  WHEREAS, Plaintiff filed a putative consumer class action Complaint
5  against Defendant on May 17, 2017 in Ventura County Superior Court;
6  WHEREAS, Defendant removed the action to this Court on June 21, 2017;
7  WHEREAS, under Federal Rule of Civil Procedure 81, Defendant's current
8  deadline to respond to the Complaint is July 28, 2017;
9  WHEREAS, the Parties have been meeting and conferring as to the
10 allegations in the Complaint and arguments that Defendant may raise in a motion to
11 dismiss.  Moreover, more time is needed to investigate and gather information in
12 light of the scope and seriousness of the class action allegations set forth in the
13 Complaint.  Accordingly, both Parties agree that Defendant's response deadline
14 should be pushed back, so that they are able to continue their discussions before
15 entering into motion practice;
16 WHEREAS, on June 26, 2017, the Parties filed a stipulation to extend
17 Defendant's time to respond by not more than thirty (30) days, pursuant to Local
18 Rule 8-3.  No other extensions have been requested in this case;
19 WHEREAS, this requested extension will not alter the date of any event or
20 any deadline already fixed by Court order;
21 THEREFORE, IT IS HEREBY AGREED AND STIPULATED, that
22 Defendant's deadline to respond to Plaintiff's Complaint shall be extended until
23 August 28, 2017.
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS SO STIPULATED**.

DATED: July 21, 2017          SEDGWICK LLP

By: /s/ *Stephanie Sheridan* *
    STEPHANIE A. SHERIDAN
    ANTHONY J. ANSCOMBE
    MEEGAN B. BROOKS
    Attorneys for Defendant
    THE TALBOTS, INC.

DATED: July 21, 2017          LAW OFFICES OF ZEV B. ZYSMAN

By: /s/ *Zev B. Zysman*
    ZEV B. ZYSMAN
    Attorneys for Plaintiff
    LYNETTE FLIEGELMAN

*I attest that Plaintiff's counsel Zev Zysman concurs in this filing's content and has authorized the filing.