# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LYNETTE FLIEGELMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE TALBOTS, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: CV 17-4576-DMG (JCx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [12]** |

Having considered the parties' Stipulation to Extend Time to Respond to Complaint, and good cause appearing, the Stipulation is hereby **GRANTED** as follows:  Defendant's deadline to respond to Plaintiff's Complaint shall be extended until November 22, 2017.

**IT IS SO ORDERED.**

DATED:  August 28, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-