LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
ZEV B. ZYSMAN, State Bar No. 176805
*zev@zysmanlawca.com*
15760 Ventura Boulevard, 16th Floor
Encino, CA  91436
Telephone: 818-783-8836
Facsimile: 818-783-9985

Attorneys for Plaintiff
LYNETTE FLIEGELMAN


SEDGWICK LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
*stephanie.sheridan@sedgwicklaw.com*
ANTHONY J. ANSCOMBE, State Bar No. 135883
*anthony.anscombe@sedgwicklaw.com*
MEEGAN B. BROOKS, State Bar No. 298570
*meegan.brooks@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone: 415-781-7900
Facsimile: 415-781-2635

Attorneys for Defendant
THE TALBOTS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYNETTE FLIEGELMAN, on behalf of herself and all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>THE TALBOTS, INC. and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO. 2:17-cv-4576 DMG (JCx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CALENDAR DATES** |

In accordance with Local Rule 16-15.7, Plaintiff Lynette Fliegelman and Defendant The Talbots, Inc., by and through their undersigned counsel, hereby submit this Notice of Settlement to inform the Court that a full-day Mediation before Honorable Edward A. Infante (Ret.) was held on November 1, 2017 at JAMS in San Francisco, California. At the Mediation, the Parties were able to reach an agreement to settle this action on a class-wide basis. Thereafter, the Parties mutually executed a settlement term sheet. The Parties are in the process of preparing a longer form settlement agreement, including supporting exhibits, memorializing the settlement, setting forth details of administration of the settlement agreement, such as format and timing of class notices and distribution of monetary benefits. The Parties anticipate that the formal settlement agreement will be finalized and that Plaintiff will be able to file a motion for preliminary approval within approximately ninety (90) days.

In view of the settlement, the Parties request that the Court vacate all dates now on calendar, including pleading/motion deadlines.

DATED: November 20, 2017     SEDGWICK LLP

By: /s/ *Stephanie Sheridan* *
    STEPHANIE A. SHERIDAN
    ANTHONY J. ANSCOMBE
    MEEGAN B. BROOKS
    Attorneys for Defendant
    THE TALBOTS, INC.

DATED: November 20, 2017     LAW OFFICES OF ZEV B. ZYSMAN, APC

By: /s/ **Zev B. Zysman**
    ZEV B. ZYSMAN
    Attorneys for Plaintiff
    LYNETTE FLIEGELMAN

*I attest that Plaintiff's counsel Zev Zysman concurs in this filing's content and has authorized the filing.