LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
ZEV B. ZYSMAN, State Bar No. 176805
*zev@zysmanlawca.com*
15760 Ventura Boulevard, 16th Floor
Encino, CA  91436
Telephone: 818-783-8836
Facsimile: 818-783-9985

Attorneys for Plaintiff
LYNETTE FLIEGELMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYNETTE FLIEGELMAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE TALBOTS, INC. and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 2:17-cv-4576 DMG (JCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1   Plaintiff LYNETTE FLIEGELMAN ("Plaintiff"), in accordance with Fed. R.
2   Civ. P. 41 (a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice
3   against Defendant THE TALBOTS, INC.
4   As Defendant has not yet served an answer or a motion for summary
5   judgment in this action, dismissal is appropriate without a Court order pursuant to
6   Fed. R. Civ. P. 41 (a)(1)(A)(i).

DATED: March 19, 2018     LAW OFFICES OF ZEV B. ZYSMAN, APC

By: /s/ Zev B. Zysman
    ZEV B. ZYSMAN
    Attorneys for Plaintiff
    LYNETTE FLIEGELMAN